UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STEPHEN J. LANDA, | : | CASE NO. 3:16-CV-01538-JAM |
|     Plaintiff, | : | |
| | : | |
| VS. | : | |
| | : | |
| NORTHWESTERN MUTUAL | : | |
| INVESTMENT SERVICES, LLC, | : | |
| ET AL., | : | |
|     Defendants. | : | NOVEMBER 18, 2016 |

## DEFENDANTS' DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, the defendant, Northwestern Mutual Investment Services, LLC, discloses that it is a wholly-owned subsidiary of the defendant, Northwestern Mutual Life Insurance Company. The defendant, Northwestern Mutual Life Insurance Company, discloses that it has no parent corporation and that no publicly held corporation owns 10% of more of its stock.

DEFENDANTS,
NORTHWESTERN MUTUAL INVESTMENT
SERVICES, LLC and NORTHWESTERN
MUTUAL LIFE INSURANCE COMPANY

By    /s/*Stephen W. Aronson*
    Stephen W. Aronson
    Fed. Bar No. ct02216
    E-mail: saronson@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT 06103-3597
    Phone: (860) 275-8200
    Fax: (860) 275-8299
    Their Attorneys

15754330

CERTIFICATION

I hereby certify that on this 18th day of November, 2016, the foregoing Disclosure Statement was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*Stephen W. Aronson*
Stephen W. Aronson